**FILED**

AUG -3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHERRY ANN GORDON,<br><br>Defendant. | No. CR 05-00408-RS<br><br>[~~PROPOSED~~] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME |

The parties have jointly requested to continue the status date set for August 4, 2005 to August 17, 2005 at 10:30 a.m. The parties request this continuance to allow additional time for defense preparation. Good cause appearing, it is hereby ordered that the status date presently set for August 4 is continued to August 17, 2005, at 10:30 a.m. It is further ordered that the time from August 4 through August 17, 2005, shall be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: August 3, 2005

RICHARD SEEBORG
United States Magistrate Judge

3