**FILED**

**JAN 17 2007**

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>SHERRY ANN GORDON,<br><br>                    Defendant. | No. CR 05-00408-RS<br><br>[~~PROPOSED~~] **ORDER TERMINATING PROBATION EARLY** |

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that Sherry Ann Gordon is discharged from probation and any further obligations of the Court.

Dated: January 17, 2007

_____
HONORABLE RICHARD SEEBORG
United States Magistrate Judge

4